IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 29 2013

CLERK, U.S. DISTRICT
By _____
        Deputy

| | |
|---|---|
| LONNIE W. GAIGE, § § Plaintiff, § § VS. § CAROLYN W. COLVIN, ACTING § COMMISSIONER OF SOCIAL § SECURITY, § § Defendant. § | NO. 4:12-CV-008-A |

ORDER

Came on for consideration the above-captioned action wherein Lonnie W. Gaige is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under the Social Security Act. On March 1, 2013, the United States Magistrate Judge issued his proposed findings and conclusions and recommendation ("FC&R"), and granted the parties until March 15, 2013, in which to file and serve any written objections thereto. Plaintiff filed his objections, and defendant did not file a response. After a thorough study of the record, the magistrate judge's proposed finding and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections

lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decisions of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on January 7, 2009, plaintiff, Lonnie W. Gaige, is not disabled under sections 216(i) and 223(d) of the Social Security Act, and that, based on the application for supplemental security income protectively filed on January 7, 2009, plaintiff is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and are hereby, affirmed.

SIGNED March 29, 2013.

_____
JOHN McBRYDE
United States District Judge